IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHALMERS H. DAVIS, JR.                                                                    PLAINTIFF

v.                                    CASE NO. 5:07-CV-0308 BSM

UNIVERSITY OF ARKANSAS
COOPERATIVE EXTENSION SERVICE                                              DEFENDANT

ORDER OF DISMISSAL WITH PREJUDICE

On April 21, 2008, defendant filed a motion to dismiss with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6). (Document #16) The time to respond has expired and the plaintiff has not filed an objection to the motion to dismiss. Therefore, the Motion to Dismiss is GRANTED and this action is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE